# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SAETHONG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES YATES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01126-GSA PC<br><br>ORDER REQUIRING PLAINTIFF TO NOTIFY COURT WHETHER HE CONSENTS TO OR DECLINES MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF CONSENT/DECLINE FORM |

　　　　Defendants Yates and Igbinosa removed this civil rights action from Fresno County Superior Court on August 4, 2008. On August 25, 2008, Defendants filed written consent to Magistrate Judge jurisdiction. However, Plaintiff has neither consented to nor declined Magistrate Judge jurisdiction.

　　　　The Clerk's Office SHALL send Plaintiff a consent/decline form, and within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file the form notifying the Court whether he consents to or declines Magistrate Judge jurisdiction.

IT IS SO ORDERED.

　　Dated:　**March 6, 2009**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE