# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SAETHONG, | CASE NO. 1:08-cv-01126-GSA PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO FILE RESPONSE TO COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| JAMES YATES, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Andrew Saethong, a state prisoner proceeding pro se, filed this civil action for relief pursuant to 42 U.S.C. § 1983 and California law. Defendants Yates and Igbinosa removed the action from Fresno County Superior Court on August 4, 2008.

Pursuant to 28 U.S.C. § 1915A, the Court has screened Plaintiff's complaint, and finds that under federal notice pleading standards, it states claims against Defendants for violation of the Eighth Amendment and for negligence under state law. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).

Accordingly, Defendants SHALL file their response to Plaintiff's complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **March 6, 2009**　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1